■ ANGEL CORP, as Parent and Natural Guardian of To-MIANNE CORP, an Infant, Respondent, v MATTHEW R. RATAJCZAK, Appellant, and MICHAEL MUSCATO et al., Respondents. [944 NYS2d 713]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered February 9, 2011 in a personal injury action. The order denied the motion of defendant Matthew R. Ratajczak for summary judgment dismissing plaintiff's complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Fahey, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM BROCKINGTON, Appellant. [942 NYS2d 823]—Appeal from an order of the Monroe County Court (Frank P. Geraci, Jr., J.), entered September 21, 2010. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Defendant appeals from an order determining

that he is a level three risk pursuant to the Sex Offender Registration Act (Correction Law § 168 *et seq.*). Defendant failed to preserve for our review his contention that he was entitled to a downward departure from his presumptive risk level (*see People v Ratcliff*, 53 AD3d 1110 [2008], *lv denied* 11 NY3d 708 [2008]). "In any event, that contention lacks merit inasmuch as defendant failed to present clear and convincing evidence of special circumstances justifying a downward departure" (*People v Regan*, 46 AD3d 1434, 1435 [2007]; *see Ratcliff*, 53 AD3d 1110). Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.